# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 927
:
APPOINTMENT TO CONTINUING : SUPREME COURT RULES DOCKET
JUDICIAL EDUCATION BOARD OF :
JUDGES :

## ORDER

**PER CURIAM**

    **AND NOW,** this 6th day of December, 2022, the Honorable Shawn C. Wagner, Adams County, is hereby appointed as a member of the Continuing Judicial Education Board of Judges for a term of three years, commencing December 31, 2022.